**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | | |
|---|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 2:21-cv-91-DAK |
| U.S. BUREAU OF LAND MANAGEMENT, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Defendants hereby notify the Court and counsel of record that J. Brett Grosko

withdraws as counsel for Defendants in this matter.  Defendants will continue to be represented

by Paul A. Turcke of the U.S. Department of Justice.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ J. Brett Grosko*
J. BRETT GROSKO
SENIOR TRIAL ATTORNEY
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
4 Constitution Square
150 M Street, N.E., Room 3.1112
Washington, DC 20002
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

*Counsel for Federal Defendants*